UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOHN RIVERA,

       Plaintiff,

- against -

DON WILLIAMS, AINSLEY WILLIAMS, ANNETTE
ALVAREZ, AND WHY NOT US?, TOSTOBUENO,
LLC, JASON PERLOW, DAISY MARTINEZ,
CAROLINA BUIA, LEBRON RESTAURANT SUPPLY,
INC., TARGET BRANDS, INC., MACY'S, INC.,
IKITCHEN, REGINALD BRINSON, TRI-STAR
WORLD TRADERS,

       Defendants.
-----------------------------------------------------------------X

**VOLUNTARY
DISMISSAL**

Case No.: 09 cv 8328

Plaintiff hereby dismisses the instant action as against Defendants Carolina Buia and

Jason Perlow without costs to any party.

Dated: Commack, New York
   October 30, 2009

_____
Jonathan E. Kirchner, of counsel (JK5547)
Albert Adam Breud, PLLC
Attorneys for Plaintiff
356 Veterans Memorial Highway
Suite 8N
Commack, New York 11725
(631) 543-3030